1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10

| | |
|---|---|
| 11  SHERRY WILTZ, on behalf of herself and all others similarly situated, | Case No. 2:15-cv-1352 |
| 12 | **JUDGMENT** |
|     Plaintiff, | |
| 13  v. | Complaint Filed: January 16, 2015 |
| 14  CHATTEM, INC., a Tennessee corporation, and DOES 1-10 Inclusive, | Ctrm:   8<br>Judge:   Hon. Manuel L. Real |
| 15 | |
|     Defendants. | |
| 16 | |

17
18
19
20
21
22
23
24
25
26
27
28

EAST\100650301.1                                              CASE NO. 2:15-CV-1352

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:
2 that judgment be entered in favor of Defendant Chattem, Inc., that the Plaintiff
3 recover nothing, and that the action be dismissed in its entirety.

6 Dated: <u>May 18</u>, 2015

_____
Hon. Manuel L. Real
United States District Court Judge

-1-

EAST\100650301.1     CASE NO. 2:15-CV-1352